Fennemore Craig, P.C.
George O. Krauja (No. 10964)
One South Church Avenue, Suite 1000
Tucson, AZ 85701-1627
Telephone: (520) 879-6800
Email: gkrauja@fclaw.com

Fennemore Craig, P.C.
Laurel E. Davis (Nevada Bar No. 3005)
300 South Fourth Street, Suite 1400
Las Vegas, NV 89101
Telephone: (702) 692-8000
Email: ldavis@fclaw.com

Attorneys for Kennedy Funding, Inc.
and Anglo-American Financial, LLC

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>**SAGUARO RANCH DEVELOPMENT CORPORATION,**<br>Debtor. | Case No. 4:09-bk-02490-EWH<br>**(Jointly Administered)**<br>Chapter 11 |
| In re:<br>PCC INVESTMENTS, LLC,<br>Debtor. | Case No. 4:09-bk-02484-EWH |
| In re:<br>SAGUARO GUEST RANCH MANAGEMENT CORPORATION,<br>Debtor. | Case No. 4:09-bk-02489-EWH |
| In re:<br>SAGUARO RANCH INVESTMENTS, LLC,<br>Debtor. | Case No. 4:09-bk-02492-JMM |
| In re:<br>SAGUARO RANCH REAL ESTATE CORPORATION,<br>Debtor. | Case No. 4:09-bk-02494-EWH<br>**KENNEDY FUNDING AND ANGLO-AMERICAN FINANCIAL'S OBJECTIONS TO DEBTORS' AND CREDITORS COMMITTEE'S DECLARATIONS AND EXHIBITS** |

2389826.3/16699.004

Secured Creditors Kennedy Funding, Inc. and Anglo-American Financial, LLC (collectively "Kennedy Funding") submit their written objections to exhibits, and make specific evidentiary objections to portions of witness declarations, which are expected to be offered by Debtors or the Creditors' Committee at the Confirmation Hearing now scheduled to begin January 31, 2011.

## A. OBJECTIONS TO EXHIBITS

| EXHIBIT NUMBER | SPECIFIC OBJECTION |
| --- | --- |
| Exhibit 1: Declaration of Stephen Phinny and Amended Plan: | **Debtors filed the Second Amended Plan after 5:00 p.m. on January 27, 2011. Kennedy Funding reserves all objections.** Specific objections to the Phinny Declaration are in Section B below. |
| Exhibit 2: Declaration and Appraisal of Bruce Greenberg: | No objection to the admission of the summary Appraisal Report; Object to admission of attachments to the report as hearsay and for lack of foundation; Objections to portions of the Declaration are below. |
| Exhibit 3: Declaration and Report of Randall Sanders: | Objections to Declaration testimony are in Section B below; No separate "report" has been provided, and Kennedy Funding objects to the introduction of such a report at the January 31, 2011 confirmation hearing. |
| Exhibit 4: Declaration of Michael Parker: | Objections to specific portions of the Declaration testimony are in Section B below. |
| Exhibit 5: Declaration and Report of Linda Morales: | Object to admission of the Declaration attachments as irrelevant and hearsay. *FRE 402 and 801*. Objections to specific portions of the Declaration testimony are in Section B below. |
| Exhibit 6: Declaration of Jody Mott: | Objections to specific portions of the Declaration testimony are in Section B below. |
| Exhibit 7: All information currently on file with the Court: | Objection as overbroad. |
| Exhibit 8: All Exhibits Listed/Introduced by Movant: | If "Movant" refers to Kennedy Funding, then there is no objection. If "Movant" refers to Debtors, object as overbroad. |

## B. EVIDENTIARY OBJECTIONS TO WITNESS DECLARATIONS

Kennedy Funding makes specific evidentiary objections to paragraphs of the offered witness declarations. Declarations are listed in alphabetical order.

### 1. Declaration of Bruce D. Greenberg:

| Paragraph(s) | Objection(s) | Evidentiary Rule(s) |
|---|---|---|
| Entire Declaration | **Omnibus Objection**: Attachments to the appraisal report contain inadmissible hearsay, lack foundation, and have not been properly authenticated. While the summary appraisal report may be admitted, the attachments should be excluded. Kennedy Funding also objects to any effort by Debtors to expand Mr. Greenberg's testimony at trial beyond the assertions in the Declaration. | 401, 402, 403, 601, 602, 701, 702, 703, 801, 802, 803, 901 |
| 5 | Irrelevant, hearsay, and speculation regarding acquisition of the property, and the status of alleged sales contracts. | 401, 402, 602, 802 |
| 13 | Object to first paragraph of 13 as irrelevant, and vague. | 401, 402, 602 |

### 2. Declaration of Linda Morales:

| Paragraph(s) | Objection(s) | Evidentiary Rule(s) |
|---|---|---|
| 7 | Immaterial, irrelevant, and hearsay. | 401, 402, 801 |
| 8 | Object to the biographies as hearsay. | 801 and 802 |
| 10 | Irrelevant, hearsay, and lack of qualification to testify on the asserted subject. | 401, 402, 702, 703, 801, 802 |
| 11 | Irrelevant, hearsay, speculative, and lacks foundation. | 401, 402, 702, 703, 801, 802 |
| 12 | Irrelevant. | 401, 402 |
| Exhibit A, Part 1, pp. 8-19 | Irrelevant, hearsay, lack of foundation, speculative, and the witness is unqualified to testify as an expert witness on the issues asserted. | 402, 601, 602, 701, 702, 703, 801, 802 |
| Exhibit A, pp. 15 of 19 through p. 19 of 19 | Irrelevant, speculative, and lacks foundation. | 402, 601, 602, 701, 702, 703 |

FENNEMORE CRAIG, P.C.
TUCSON

2389826.3/16699.004

| Exhibit A, pp. 1 of 8 through p. 8 of 8 | Irrelevant, unqualified to testify as an expert on the issues asserted, assumes facts not in evidence, speculation and hearsay | 402, 601, 602, 701, 702, 703, 801, 802 |
|---|---|---|
| Exhibit A, pp. 2 of 32 through 32 of 32 | Object to admission of the "Town of Marana Economic Road Map" as irrelevant, hearsay, lack of foundation, and speculation. | 402, 601, 602, 701, 702, 703, 801, 802 |

### 3. Objections to Declaration of Jody Mott:

| Paragraph(s) | Objection(s) | Evidentiary Rule(s) |
|---|---|---|
| Entire Declaration | **Omnibus Objection**:<br><br>Not relevant, contains inadmissible hearsay, lack of competence, improper lay opinion, waste of time, documents attached to the declaration lack foundation, have not been properly authenticated and those documents should be excluded as inadmissible hearsay. The witness, at paragraphs 6, 7, and 9, indicates that her company is owed $58,000 from the Debtors and has a financial interest in the Saguaro Ranch Project. | 401, 402, 601, 602, 701, 702, 703, 801, 802, 901 |
| 5 | Objection to admission of background summary as hearsay. | 801, 802 |
| 6-7 | Evidences the witness has a financial interest in the Saguaro Ranch Project. Not relevant; hearsay; waste of time, creates confusion and is not helpful to the Court. | 401, 402, 801, 802 |
| 8 | Not relevant, contains inadmissible hearsay, waste of time, creates confusion and is not helpful to the Court; the records referenced in the declaration are not attached, lack foundation and have not been properly authenticated. | 401, 402, 801, 802, 901 |

| Paragraph(s) | Objection(s) | Evidentiary Rule(s) |
|---|---|---|
| 9, 10 | Evidences the witness has a financial interest in the Saguaro Ranch Project. Not relevant, contains inadmissible hearsay, waste of time, lack of competence, witness not qualified to render expert opinion; improper lay opinion; waste of time, lack of foundation. | 401, 402, 601, 602, 701, 702, 703, 801, 802, |

**4.     Declaration of Michael L. Parker:**

| Paragraph(s) | Objection(s) | Evidentiary Rule(s) |
|---|---|---|
| Entire Declaration | **Omnibus Objection**: Contains inadmissible hearsay, lack of competence, improper lay opinion, and the witness lacks independence and should not be recognized as an expert witness. The witness, at paragraph 8, indicates he has a financial interest in the Saguaro Ranch Project based on his expectation "to be part of the sales process." The witness should not be considered an independent expert. | 401, 402, 403, 601, 602, 701, 702, 703, 801, 802, 803, 901 |
| 3 | Object to admission of the Curriculum Vitae as hearsay. | 801, 802 |
| 4 | Irrelevant, hearsay, and speculation. | 401, 402, 601, 602, 801, 802 |
| 8 | Evidences the witness has a financial interest in the Saguaro Ranch Project based on his plan to be part of the sales process. The witness cannot be considered an independent witness. The paragraph is irrelevant, hearsay, and improper lay witness testimony. | 401, 402, 701, 702, 703 |
| 7, 9, 10, 11, 12, 13, 14, 15, 16 | Move to strike based on relevance, hearsay, foundation and bias. The witness's expected involvement with future sales in Saguaro Ranch disqualifies him to provide the purported opinion expert testimony. | 401, 402, 701, 702, 703, 801, 802 |

### 5. Declaration of Stephen Phinny:

| Paragraph(s) | Objection(s) | Evidentiary Rule(s) |
|---|---|---|
| Entire Declaration | **Omnibus Objection**: Not relevant, contains inadmissible hearsay, lack of competence, improper lay opinion, cumulative, waste of time, provides confusing and inconsistent testimony on the ultimate question before the Court. | 401, 402, 601, 602, 701, 702, 703, 801, 802, 803, 901 |
| 6, 7, 8, 9 and 10 | Not relevant, lack of foundation, lack of competence, hearsay, waste of time, creates confusion and is not helpful to the Court. | 401, 402, 601, 602, 801, 802, 803, 901 |
| 12, 13, 14, 15, 16 and 17 | Not relevant, contains inadmissible hearsay, lack of competence, lack of personal knowledge, witness is not qualified to render proffered expert opinions, improper lay opinion, cumulative, waste of time, lack of foundation, lack of authentication. | 401, 402, 601, 602, 701, 702, 703, 801, 802, 803, 901 |
| 19 | Lack of foundation. | 401, 402 |
| 20, 21, 22, and 23 | Contains inadmissible hearsay, lack of competence, lack of personal knowledge, witness is not qualified to render proffered expert opinions, improper lay opinion, cumulative, waste of time, lack of foundation, lack of authentication. | 401, 402, 601, 602, 701, 702, 703, 801, 802, 803, 901 |
| 24, 25 and 26 | Contains inadmissible hearsay, lack of competence, improper lay opinion, witness is not qualified to render proffered expert opinions. | 401, 402, 601, 602, 701, 702, 703, 801, 802, 803, 901 |
| 27, 28, 29, 30, and 31 | Not relevant, contains inadmissible hearsay, lack of competence, lack of personal knowledge, witness is not qualified as an expert with respect to the opinions offered in the objected paragraphs, improper lay opinion. | 401, 402, 601, 602, 701, 702, 703, 801, 802, 803 |

| Paragraph(s) | Objection(s) | Evidentiary Rule(s) |
|---|---|---|
| 32, 33, 34, 35, 36 and 37 | Not relevant, contains inadmissible hearsay, lack of competence, lack of personal knowledge, witness is not qualified as an expert with respect to the opinions offered, improper lay opinion, provides confusing and inconsistent testimony on the ultimate question before the Court. | 401, 402, 601, 602, 701, 702, 703, 801, 802, 803, 901 |
| 38 | Improper incorporation by reference of facts and allegations contained in the Plan and voluminous matters on file with the Court, impermissible lay opinion, provides impermissible testimony on the ultimate question before the Court regarding confirmation. | 401, 402, 601, 602, 701, 702, 703, 801, 802, 803, 901 |

**6.    Declaration of Randall P. Sanders**

| Paragraph(s) | Objection(s) | Evidentiary Rule(s) |
|---|---|---|
| Entire Declaration | Contains inadmissible hearsay, lack of competence, improper lay opinion. Witness is not by education, training or experience qualified to render opinions on the subjects asserted, including legal conclusions, appropriate interest rates, and market rates of interest required by lenders on comparable projects. | 401, 402, 403, 601, 602, 701, 702, 703, 801, 802, 803, 901 |

DATED this 28th day of January, 2011.

FENNEMORE CRAIG, P.C.

By /s/ George O. Krauja   #010964
George O. Krauja

By /s/ Laurel E. Davis, NV Bar #3005
Laurel E. Davis

Attorneys for Kennedy Funding, Inc. and Anglo-American Financial, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, with service electronically upon:

| | |
|---|---|
| Eric Slocum Sparks<br>LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.<br>110 S. Church Avenue, #2270<br>Tucson, AZ 85701<br>eric@ericslocumsparkspc.com<br>Attorney for Debtors | Christopher J. Pattock<br>UNITED STATES TRUSTEE<br>230 N. First Avenue #204<br>Phoenix, AZ 85003<br>Christopher.J.Pattock@usdoj.gov |
| Michael W. Baldwin<br>LAW OFFICE OF MICHAEL BALDWIN, PLC<br>PO Box 35487<br>Tucson, AZ 85740-5487<br>Michael.Baldwin@azbar.org<br>Attorneys for Theresa Chamberlain, Steven Blomquist, Sharyl Cummings and Timothy Blowers | Kevin J. Blakley<br>GAMMAGE & BURNHAM, P.L.C.<br>Two N. Central Avenue, 18th Floor<br>Phoenix, AZ 85004<br>kblakley@gblaw.com<br>Attorneys for Arizona Labor Force, Inc. |
| Mark L. Collins<br>Gerard R. O'Meara<br>GUST ROSENFELD, P.L.C.<br>One S. Church Avenue, Suite 1900<br>Tucson, AZ 85701-1627<br>mcollins@gustlaw.com<br>Attorneys for Tapestry Properties, III, LLC | Sally M. Darcy<br>McEVOY, DANIELS & DARCY, P.C.<br>4560 E. Camp Lowell Drive<br>Tucson, AZ 85712-3854<br>darcysm@aol.com<br>Attorneys for Official Committee of Unsecured Creditors |
| Neal A. Eckel<br>DURAZZO & ECKEL, P.C.<br>45 N. Tucson Blvd.<br>Tucson, AZ 85716<br>neal@durazzo-eckel.com<br>Attorneys for Amanti Electric, Inc. | Denise Faulk<br>Office of the Arizona Attorney General<br>400 W. Congress Street, #N0223<br>Tucson, AZ 85701-1367<br>Denise.Faulk@azbar.org<br>Attorneys for Arizona Department of Revenue |
| Jeffrey H. Greenberg<br>STUBBS & SCHUBART, P.C.<br>PO Box 50547<br>Tucson, AZ 85703-0547<br>jgreenberg@StubbsSchubart.com<br>Attorneys for Courtland Gettel | Alan M. Levinsky<br>BUCHALTER NEMER<br>16435 N. Scottsdale Road, #440<br>Scottsdale, AZ 85254<br>alevinsky@buchalter.com<br>Attorneys for Ford Motor Credit Company, LLC |
| Terri A. Roberts<br>German Yusufov<br>PIMA COUNTY ATTORNEY'S OFFICE<br>32 N. Stone Avenue, Suite 2100<br>Tucson, AZ 85701<br>Terri.roberts@pcao.pima.gov<br>Attorneys for Pima County | Thomas P. Sarb<br>ecfsarbt@millerjohnson.com<br>Attorneys for Sally Phinny |

FENNEMORE CRAIG, P.C.
TUCSON

2389826.3/16699.004

| | |
|---|---|
| 1 | |
| 2 | Robert J. Spurlock<br>BONNETT, FAIRBOURN, FRIEDMAN &<br>BALINT, P.C. | Daniel R. Warner<br>LAW OFFICES OF J. PHILLIP<br>GLASSCOCK, P.C. |
| 3 | 2901 N. Central Avenue, Suite 100<br>Phoenix, AZ 85012 | 13430 N. Scottsdale Road, Suite 106<br>Scottsdale, AZ 85254 |
| 4 | bspurlock@bffb.com<br>Attorneys for Deere & Company | drw@jpglaw.com<br>Attorneys for Mobile Mini, Inc. |

1  
2  Robert J. Spurlock  
   BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.  
3  2901 N. Central Avenue, Suite 100  
   Phoenix, AZ 85012  
4  bspurlock@bffb.com  
   Attorneys for Deere & Company  

   Daniel R. Warner  
   LAW OFFICES OF J. PHILLIP GLASSCOCK, P.C.  
   13430 N. Scottsdale Road, Suite 106  
   Scottsdale, AZ 85254  
   drw@jpglaw.com  
   Attorneys for Mobile Mini, Inc.  

5  
6  Stephen M. Weeks  
   WEEKS & LAIRD, PLLC  
7  2223 E. Speedway Blvd.  
   Tucson, AZ 85719  
8  Weeks@WeeksLaird.com  
   Attorneys for Steven Blomquist, Timothy Blowers, Theresa Chamberlain, and Sharyl Cummings  
9  

10  

11       I further certify service has been made by U.S. mail upon:

12  Linda Boyle  
    10475 Park Meadows Drive, Suite 400  
    Littleton, CO 80124  
13  Representing TW Telecom, Inc.

14  

15                                                      s/ Sherry Haase