FILED

APR 1 3 2011

U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SAGUARO RANCH DEVELOPMENT CORPORATION,<br><br>                Debtor. | Chapter 11<br><br>Joint Case No. 4:09-bk-02490-EWH |
| In re:<br><br>PCC INVESTMENTS, LLC,<br><br>                Debtor. | Case No. 4:09-bk-02484-EWH |
| In re:<br><br>SAGUARO GUEST RANCH MANAGEMENT CORPORATION,<br><br>                Debtor. | Case No. 4:09-bk-02489-EWH |
| In re:<br><br>SAGUARO RANCH INVESTMENTS, LLC,<br><br>                Debtor. | Case No. 4:09-bk-02492-JMM |
| In re:<br><br>SAGUARO RANCH REAL ESTATE CORPORATION,<br><br>                Debtor. | Case No. 4:09-bk-02494-EWH<br><br>**MEMORANDUM DENYING MOTION FOR EMERGENCY HEARING ON KENNEDY FUNDING, INC.'S LIMITED OBJECTIONS** |

On March 29, 2011, the court held a hearing on the Debtors' motion for a stay pending appeal and on the Debtors' newly amended Chapter 11 plan (the "Third Amended Plan").[1] The court granted the Debtors a temporary stay until the Debtors can request a stay from an appellate court. The court also set an evidentiary hearing on the Third Amended Plan for May 16, 2011. The court instructed the Debtor to upload a form of order consistent with the court's ruling.

On April 5, 2011 (DE 582), the Debtors lodged a single proposed order that granted the stay and set the evidentiary hearing (the "Combined Order"). On April 6, 2011, the court notified Debtors' counsel that it wanted two separate orders uploaded. On April 7, 2011 (DE 588), Kennedy Funding and Anglo-American Financial ("Kennedy Funding") filed a limited objection to the Combined Order. The objection requests that the court set a date certain for the filing of an amended disclosure statement for the Third Amended Plan and asks the court to set a date certain by which the Debtors must file a motion for stay pending appeal before the appellate court.

On April 7, 2011, the Debtor uploaded two different orders: one granting an interim stay pending appeal (the "Stay Order"), and one setting a confirmation hearing date (the "Confirmation Hearing Order"). The court signed and docketed both orders at 9:54 a.m. on April 7. At 10:04 a.m., Kennedy Funding filed objections to both orders (the "Objections") (DE 591), raising the same issues as raised in the objection to the Combined Order. On April 8, 2011 (DE 594), the Debtors filed a response to Kennedy Funding's Objections and moved for an expedited hearing (DE 597).

---

[1] The Debtors filed a third amended plan of reorganization on March 17, 2011 (DE 558).

2

No expedited hearing will be set because the court finds no cause to grant the relief requested by Kennedy Funding. Separate orders will be entered this date overruling the Objections.

Dated: April 13, 2011

*Eileen W. Hollowell*

Eileen W. Hollowell
U.S. Bankruptcy Judge

Notice to be sent through the
Bankruptcy Noticing Center "BNC"
to the following:

Saguaro Ranch Development Corporation
P.O. Box 70207
Tucson, AZ 85737

Eric Slocum Sparks
Eric Slocum Sparks PC
110 S. Church Ave., Suite 2270
Tucson, AZ 85701

George O. Krauja
Laurel E. Davis
Fennemore Craig, P.C.
One South Church Avenue, Suite 1000
Tucson, AZ 85701-6800

Office of the U.S. Trustee
230 North First Ave., Suite 204
Phoenix, AZ 85003